# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1973 **Short Title:** Commonwealth of Mass v. US Dept of Ed, et al

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of Rhode Island as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

[signature] 10/21/2026
Signature Date

Marisa-Lyn Menna
Name

RI Office of the Attorney General 401-274-4400
Firm Name (if applicable) Telephone Number

150 South Main Street
Address Fax Number

Providence, RI 02903 mmenna@riag.ri.gov
City, State, Zip Code Email (required)

Court of Appeals Bar Number: 1226166

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________________________

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).